# UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

| | |
|---|---|
| *In re:* <br><br> ORLANDO ORTIZ MORENO <br><br> JUANA DE LEON RODRIGUEZ <br><br> xxx–xx–7583 <br><br> xxx–xx–5637 <br><br><br> Debtor(s) | **Case No.** 09–10547 ESL <br><br> **Chapter 13** <br><br><br><br><br><br> FILED & ENTERED ON 3/9/15 |

### ORDER DISCHARGING TRUSTEE AND CLOSING THE CASE

The Chapter 13 Trustee has filed a Final Report and Account and has certified that the estate has been fully administered. The Report has been properly notified granting parties in interest an opportunity to object, and no objections have been filed. Pursuant to Rule 5009 of the Federal Rules of Bankruptcy Procedure, it is presumed the estate has been fully administered.

WHEREFORE, as provided in 11 U.S.C., Section 350(a), the trustee is discharged, his bond for this case cancelled, and the case is closed. The Clerk will notify this order.

San Juan, Puerto Rico, this **Monday, March 9, 2015**.

 

*/s/ Enrique S. Lamoutte*
Enrique S. Lamoutte
United States Bankruptcy Judge

cc: ALEJANDRO OLIVERAS RIVERA , UST